UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KOLE AKINOLA | : |
| Movant, | : |
| | : Civ. No. 04-2757 (DRD) |
| v. | : |
| UNITED STATES OF AMERICA, | : **O R D E R** |
| Respondent. | : |

This matter having come before the Court on the motion of Movant Kole Akinola, appearing *pro se*, for relief under Title 28, United States Code, Section 2255; and the Court having considered the motion, the records of proceedings in this matter, and the Answer of the United States Attorney Christopher J. Christie (John Gay, Assistant U.S. Attorney, appearing); and for good cause shown,

IT is this 23 day of February, 2006;

**ORDERED** that the motion for relief pursuant to Title 28, United States Code, Section 2255 is hereby denied;

**IT IS FURTHER ORDERED** that the motion is hereby dismissed; and

**IT IS FURTHER ORDERED** that, for the reasons set forth in the opinion of the Court, a certificate of appealability shall not issue because the Petitioner has failed to make a substantial showing of a denial of a constitutional right.

/s/Dickinson R. Debevoise
DICKINSON R. DEBEVOISE
U.S.S.D.J.